In the Matter of EDWARD J. MOONEY, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Appellants.

(Submitted October 23, 1936; decided October 23, 1936.)

Motion to amend the remittitur granted. When we reversed the Special Term order we reversed the ruling that the questions submitted should not appear on the ballot. We thereby decided that *both* questions should be placed upon the ballot to be voted on at the coming election. To avoid any further misunderstanding, we add to the remittitur following the words of reversal, " and the motion to strike both the questions submitted from the ballot is denied, without costs." (See 272 N. Y. 33.)